| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire (RM 3223)<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>(856) 779-3362 FAX<br>Attorneys for Plaintiff | |
| In Re:<br><br>ROMAN P. OSADCHUK,<br><br>                              Debtor. | Case No.:     15-30225-JNP<br><br>Adv. No.:      16-01215-JNP<br><br>Trial Date:    August 10, 2017<br><br>Judge:         Hon. Jerrold N. Poslusny, Jr. |
| CUSTOMERS BANK f/k/a NEW CENTURY BANK, as SUCCESSOR IN INTEREST TO INTERSTATE BANK,<br><br>                              Plaintiff,<br>v.<br><br>ROMAN P. OSADCHUK,<br><br>                              Defendant. | |

### PLAINTIFF'S WITNESS LIST

NOW COMES Plaintiff, Customers Bank, and presents the list of witnesses proposed for trial in this matter on August 10, 2017.

| **Order of Testimony** | **Name and Description** |
|---|---|
| 1 | Kathleen Hansen, Vice President, Customers Bank – Plaintiff's corporate representative; will testify regarding Plaintiff's acquisition of ISN Bank in an FDIC receivership; the documents acquired by Plaintiff from the FDIC; Plaintiff's attempts to collect on the loan; and the bank's reliance upon the Statement of Financial Condition. |

2   Robert Reynolds, CPA – subpoenaed for trial; accountant who prepared the Statement of Financial Condition submitted to the bank; will testify that Debtor provided the valuations of the real property and the business listed in the Statement of Financial Condition.

3   Mary Fox, Expert Witness – will testify regarding her appraisal of the real property located at 131 Seaspray Court as of June 30, 2007 and Debtor's valuation of the real property in the Statement of Financial Condition.

4   Stephen Scherf, CPA, Expert Witness – will testify regarding Debtor's valuation of assets in the Statement of Financial Condition.

5   Roman P. Osadchuk – subpoenaed for trial as an adverse witness.

          Respectfully submitted,
          SALDUTTI LAW GROUP
          Attorneys for the Plaintiff


          */s/ Rebecca K. McDowell*
          Rebecca K. McDowell, Esquire

Dated: July 26, 2017